IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MOSHE GEIGER, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 20-1889 |
| | : | |
| v. | : | |
| | : | |
| NATIONWIDE CREDIT, INC., | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 1ST day of October, 2020, it having been reported that the parties have settled the above-captioned action, and pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is hereby **ORDERED** that this action is **DISMISSED WITH PREJUDICE**, pursuant to agreement of counsel without costs.

The Court shall retain jurisdiction for a period of ninety (90) days while the parties finalize the written settlement agreement.

BY THE COURT:

By: */s/ Shana Restucci*
Shana Restucci, Civil Deputy Clerk
The Honorable Edward G. Smith
Shana_Restucci@paed.uscourts.gov